No. 58998.—Border Brokerage Co. et al. *v.* United States, protests 171717–K, etc. (Seattle).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

No. 58999.—Lekas & Drivas, Inc. *v.* United States, protests 236204–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino, Feta (sheep's milk) cheese similar in all material respects to that the subject of *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiff was sustained.

No. 59000.—Mercantile Metal & Ore Corp. *v.* United States, protest 229076–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that 3 cases out of 200 cases of ferrotungsten reported by the inspector as manifested but not found were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as was reported by the inspector as manifested but not found. The protest was sustained to this extent.

No. 59001.—W. J. Byrnes & Co., Inc., N. Y. *v.* United States, protest 233694–K (New York).

Opinion by JOHNSON, J. It was stipulated that the merchandise consists of ingots of aluminum which were assessed at 1½ cents per pound under paragraph 374 on a net weight of 681,449 pounds; that said merchandise had a net weight of 662,333 pounds; and that if the collector's review period as provided in section 515, had not expired, the entry would have been reliquidated on a net weight of 662,333 pounds. In view of the stipulation, the claim of the plaintiff was sustained, and the collector was directed to reliquidate, assessing duty on the basis of a net weight of 662,333 pounds.